# EXHIBIT "C"

Case: 09-03228    Doc# 10-6    Filed: 02/09/10    Entered: 02/09/10 18:25:41    Page 1 of 4

REDACTED

Last statement: October 31, 2009　　　Page 1 of 3
This statement: November 30, 2009　　　REDACTED
Total days in statement period: 30

　　　　　　　　　　　　　　　　　　Direct inquiries to:
　　　　　　　　　　　　　　　　　　1-800-821-3899
UCBH HOLDINGS INC
555 MONTGOMERY ST M/S 501　　　　　United Commercial Bank
SAN FRANCISCO CA 94111

UNITED COMMERCIAL BANK IS NOW EAST WEST BANK - YOUR FINANCIAL BRIDGE(R)
AS OUR VALUED CUSTOMER, YOU HAVE IMMEDIATE ACCESS TO THE EAST WEST
BANK ATM NETWORK - SURCHARGE-FREE! VERY SOON, YOU WILL HAVE ACCESS TO
137 BRANCHES WORLDWIDE AND MORE FINANCIAL PRODUCTS AND SERVICES THAN
EVER BEFORE.

Basic Business Checking　　　REDACTED

| | | | |
|---|---:|---|---:|
| Account number | | | |
| Enclosures | 27 | | |
| Low balance | $345,090.93 | | |
| Average balance | $1,887,647.05 | Beginning bal | $9,186,206.50 |
| Avg collect bal | $1,887,647.00 | Total additions | 600,000.00 |
| | | Total subtractions | 9,152,925.86 |
| | | Ending balance | $633,280.64 |

| Number | Date | Amount | Control |
|---|---|---:|---|
| 100000971 | 11-09 | 1,929.29 | 00009000430730 |
| 100001015* | 11-02 | 2,301.00 | 00000007399019 |
| 100001026* | 11-04 | 53,848.23 | 00009000420830 |
| 100001028* | 11-02 | 247,972.42 | 00004086136060 |
| 100001029 | 11-02 | 83,303.29 | 00004086134430 |
| 100001030 | 11-02 | 463,287.83 | 00004086136020 |
| 100001032* | 11-12 | 26,014.10 | 00000080570220 |
| 100001033 | 11-10 | 94,269.62 | 00009200041790 |
| 100001034 | 11-02 | 6,265.16 | 00009012312030 |
| 100001035 | 11-06 | 2,230.13 | 00009100940110 |
| 100001036 | 11-06 | 193,477.91 | 00009200011320 |
| 100001037 | 11-02 | 12,000.00 | 00004086123360 |

```
UCBH HOLDINGS INC                           Page 2 of 3
November 30, 2009

100001039*       11-03        5,999.99    00009012470010
100001040        11-10        5,666.66    00009101610320
100001041        11-09        5,333.33    00000380090050
100001042        11-09        5,833.33    00009200242220
100001043        11-09        5,333.33    00009100791370
100001044        11-09        5,333.33    00009100681450
100001046*       11-10       59,668.00    00009200041780
100001047        11-19       10,908.46    00000090150670
100001048        11-19       10,390.00    00000081450480
100001049        11-16       68,970.61    00000081632490
100001050        11-17          135.59    00000380050290
100001051        11-13       20,469.00    00000090170800
100001052        11-19       15,306.25    00000090010890
100001053        11-09       19,400.00    00009100700030
* Skip in check sequence
```

DEBITS

| Date | Description | Subtractions | Control Number |
|---|---|---|---|
| 11-03 | | 277,267.00 | 20093070061300 |
| 11-03 | | 250,000.00 | 20093070061100 |
| 11-06 | Debit Memo | 7,200,000.00 | 00000110030070 |
| 11-10 | 'Incoming Wire Fee<br>INCOMING WIRE FEE - 20093140021700 | 12.00 | 20093140021700 |

CREDITS

| Date | Description | Additions | Control Number |
|---|---|---|---|
| 11-10 | 'Incoming Wire Trnsf<br>ORG : REDACTED   0AV/IRS<br>REF | 600,000.00 | 20093140021700 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 9,186,206.50 | 11-06 | 388,253.54 | 11-13 | 738,991.55 |
| 11-02 | 8,371,076.80 | 11-09 | 345,090.93 | 11-16 | 670,020.94 |
| 11-03 | 7,837,809.81 | 11-10 | 785,474.65 | 11-17 | 669,885.35 |
| 11-04 | 7,783,961.58 | 11-12 | 759,460.55 | 11-19 | 633,280.64 |

UCBH HOLDINGS INC
November 30, 2009

OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $104.00 |